AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| STRYBUC REPLACEMENT HARDWARE, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| AA HULSE & SON DISTRIBUTORS, INC. | ) | 15-cv-23910-DPG |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AA Hulse & Son Distributors, Inc.
c/o Registered Agent
Helen Ovdijev
4996 NW 95th Avenue, Unit 8-A
Sunrise, Florida 33351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Francisco Rodriguez, Esq.
Darryl R. Graham, Esq.
Akerman LLP
One SE Third Ave., 25th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 20, 2015

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts